IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. |
| Plaintiff, | : | JUDGE |
| v. | : | |
| JERRY A. FRYE, | : | INFORMATION |
| Defendant. | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(v) |

---

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[Possession with Intent to Distribute LSD]

On or about August 3, 2020, in the Southern District of Ohio, the defendant, **JERRY A. FRYE,** did knowingly and intentionally possess with intent to distribute one (1) gram or more of a mixture or substance containing a detectable amount of lysergic acid diethylamide (LSD), a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(v).

KENNETH L. PARKER
UNITED STATES ATTORNEY

_____
SHEILA G. LAFFERTY (0042554)
Assistant United States Attorney